No. 10-5495. Dung A. Nguyen, aka Johnny Tran, Petitioner v. United States.

562 U.S. 925, 131 S. Ct. 309, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7382.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 913.

No. 10-5496. Robert Powell, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.

562 U.S. 925, 131 S. Ct. 309, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7408.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-5497. Carmel Murphy, Petitioner v. California.

562 U.S. 925, 131 S. Ct. 309, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7170.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

No. 10-5498. Carlos Lattrell McAdory, Petitioner v. United States.

562 U.S. 925, 131 S. Ct. 309, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7216.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-5499. Florencio Espinoza-Fajardo, Petitioner v. United States.

562 U.S. 925, 131 S. Ct. 309, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7282.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 375 Fed. Appx. 409.

No. 10-5500. Georgi Eremeyev, Petitioner v. New York, et al.

562 U.S. 925, 131 S. Ct. 309, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7461.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-5501. Kerry McNeil, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford.

562 U.S. 925, 131 S. Ct. 310, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7318,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.